# EXHIBIT E

# HOWREY LLP

1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
www.howrey.com

John R. Keville
Partner
T 713.787.1559
F 713.787.1440
kevillej@howrey.com

March 10, 2006

*Via Facsimile and First Class Mail*

Neal Massand, Esq.
GODWIN PAPPAS LANGLEY RONQUILLO, LLP
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2084

>   Re:   *Halliburton Energy Services, Inc. v. M-I, LLC,*
>         United States District Court for the Eastern District of Texas

Dear Neal:

In response to your letter regarding the parties' claim construction positions of the several disputed chemical terms, we make the following comments:

> esters: if Halliburton takes the phrase "usually formed by the reaction between an acid and an alcohol with elimination of water" out of the proposed definition, we will accept Halliburton's proposed definition – this portion of the definition is technically incorrect, in that there are several other ways to make ester compounds and several factors in such a reaction that are not mentioned in what Halliburton terms the "usual" way, and is inconsistent with the specification
>
> olefins: if Halliburton takes the word "linear" out of the proposed definition, we will accept Halliburton's proposed definition
>
> mineral oil hydrocarbons: if Halliburton takes the phrase "for use in blends comprising invert emulsions" out of the proposed definition, we will accept Halliburton's proposed definition

Although we think M-I's proposed definitions are at least in some aspects more precise, we do not think the differences are relevant to the issues in this litigation and thus can adopt the definitions proposed by Halliburton with the above-listed changes. For the same reasons, we can accept Halliburton's proposed definition for the terms paraffin, glyceride triesters, and napthenic hydrocarbons.

I also believe that we may be able to reach agreement on other disputed terms, and that it would be helpful to do so in view of the 88 asserted claims that need to be addressed in this case. Therefore, regarding the term "continuous base," we are willing to adopt Halliburton's proposed construction.

Regarding the term, "invert emulsion base," it is unclear what the phrase "and constitutes the continuous phase" appends to in the definition. We propose the following modification to Halliburton's construction (with proposed changes underlined): "an invert emulsion base is two

# HOWREY

Neal Massand, Esq.
Page 2

or more fluids wherein one of said fluids is an oil and <u>the invert emulsion base</u> constitutes the continuous phase <u>of an invert emulsion</u>."

Regarding the term "ECDs" we suggest a compromise construction (with proposed changes to Halliburton's construction underlined) which would state "the difference<u>s</u> in the drilling fluid's measured surface density <u>at the wellhead</u> and the drilling fluid's equivalent circulating densit<u>ies</u> downhole."

Regarding the term "less than about 0.5," we suggest that we agree this claim term has a plain meaning that requires no definition.

We make these suggestions in an effort to simplify the issues for the Markman briefing and hearing. Feel free to call me at (713) 787-1559 if you wish to discuss these positions further.

Very truly yours,

John R. Keville

cc: Monte Bond., Esq.

DM_US\8321198.v2

# HOWREY LLP

1111 LOUISIANA, 25TH FLOOR
HOUSTON, TEXAS 77002-5242
PHONE: 713.787.1400 • FAX: 713.787.1440

## FACSIMILE COVER SHEET

| | | | |
|---|---|---|---|
| DATE: | March 10, 2006 | | |
| TO: NAME: | Neal Massand, Esq. and Monte Bond, Esq. | | |
| COMPANY: | GODWIN PAPPAS LANGLEY RONQUILLO, LLP | | |
| FAX NUMBER | 214 760 7332 | PHONE NUMBER: | 214 939 4400 |
| CITY: | Dallas, TX | | |
| FROM: NAME: | John R. Keville, Esq. | | |
| DIRECT DIAL NUMBER: | 713.787.1559 | USER ID: | 5261 |
| NUMBER OF PAGES, INCLUDING COVER: | 3 | CHARGE NUMBER: | 11836.0784.000000 |

☐ ORIGINAL WILL FOLLOW VIA:

☒ REGULAR MAIL    ☐ OVERNIGHT DELIVERY    ☐ HAND DELIVERY    ☐ OTHER:

☐ ORIGINAL WILL NOT FOLLOW

SUPPLEMENTAL MESSAGE:

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.